**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Michael TEJEDA, Defendant–**
**Appellant.**

No. 05–41270
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 5, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Michael Tejeda, Karnes City, TX, for Defendant–Appellant.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Michael Tejeda appeals the sentence imposed upon his guilty-plea conviction for conspiracy to possess with intent to distribute five kilograms or more of cocaine. *See* 21 U.S.C. §§ 841, 846. Tejeda argues that the Government breached an implied promise, or bargained away its discretion, to file a motion for downward departure pursuant to U.S.S.G. § 5K1.1. However, there is nothing in the record to indicate that the Government made, much less breached, a promise to file a § 5K1.1 motion for a downward departure or that it "bargained away its discretion" to file such a motion. *See United States v. Hernandez,* 17 F.3d 78, 82 (5th Cir.1994). Tejeda's argument to the contrary is without merit.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.